1   **JS-6**

2

3

4

5

6

7

8   **IN THE UNITED STATES DISTRICT COURT**

9   **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  JOSE D. ISLAS GONZALEZ, an          Case No. 2:24-cv-06691-TJH-AS
    individual,                         <u>District Judge</u>:
12                                      Hon. Terry J. Hatter, Jr.
13          Plaintiff,
                                        <u>Magistrate Judge</u>:
14      vs.                             Magistrate Judge Alka Sagar
15
    NISSAN NORTH AMERICA, INC., a       **JUDGMENT RE OFFER OF**
16  Delaware Corporation, and DOES 1    **JUDGMENT PURSUANT TO**
    through 10, inclusive,              **FEDERAL RULES OF CIVIL**
17                                      **PROCEDURE, RULE 68**
18          Defendants.
                                        Action Filed: August 8, 2023
19                                      Trial Date: August 11, 2025
20

21

22

23

24

25

26

27

28

JUDGMENT RE F.R.C.P., RULE 68 OFFER OF JUDGMENT

## JUDGMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff JOSE D. ISLAS GONZALEZ ("Plaintiff") accepted Defendant Nissan North America, Inc.'s ("Nissan") Offer of Judgment to Fed. R. Civ. P. 68.

1. Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $80,180.82 (Eighty Thousand One Hundred Eighty Dollars and Eighty-Two Cents) pursuant to the terms of the Rule 68 Offer.

2. Plaintiff shall reserve the right to petition the Court for an award of reasonably and actually incurred attorney fees and costs recoverable pursuant to California Code of Civil Procedure Section 1794(d). Any such motion shall be filed no later than 14 days after entry of judgment. In ruling on Plaintiff's fee/cost motion(s), the attorneys' fees, expenses, and costs amount shall be calculated as if Plaintiff was found to have prevailed in this action under section 1794(d) of the California Code of Civil Procedure as of the date of this offer of judgment. Nissan expressly reserves all defenses to Plaintiff's fee/costs motion(s) and any award thereon. Nissan will pay the amounts determined by the Court within 30 days after entry of the award unless either party has filed a notice of appeal.

3. Plaintiff will deliver the Subject Vehicle to Nissan on a date, time, and place mutually agreeable to the parties and no later than 180 days after Plaintiff's counsel has accepted Nissan's offer.

DATED:    May 28, 2025

HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT COURT JUDGE