# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE D. ISLAS GONZALEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NISSAN NORTH AMERICA, INC., a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants, | Case No.: **2:24-cv-06691-TJH-AS**<br><br>*Assigned District Judge: Hon. Terry J. Hatter, Jr.*<br>*Assigned Magistrate Judge: Alka Sagar*<br><br>**ORDER OF DISMISSAL [19]** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: November 19, 2025     By: /s/ Terry J. Hatter, Jr.
Terry J. Hatter, Jr.
United States District Judge